Anoush Hakimi (SBN 228858)
  anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
  peter@handslawgroup.com
**H & S LAW GROUP, PLC**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**ANTHONY SMITH**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>6003 DE LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | CASE NO.: 2:20-cv-01880-ODW-JEM<br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Otis D. Wright II<br>Trial Date: Not on Calendar |

    The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

    The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: July 31, 2020 **H&S LAW GROUP, PLC**

By: */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Anthony Smith

DATED: July 31, 2020 **CLARK*EVERSON LLP**

By: */s/ Brook J. Carroll*
Brook J. Carroll
Attorney for Defendant, 6003 DE LLC

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Anthony Smith

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT